No. 2011-1301

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

CLS BANK INTERNATIONAL,
*Plaintiff-Appellee*,

and

CLS SERVICES LTD.,
*Counterclaim-Defendant Appellee*,

v.

ALICE CORPORATION PTY. LTD.,
*Defendant-Appellant*.

Appeal from the United States District Court for the District of Columbia in Case No. 07-CV-0974, Judge Rosemary M. Collyer

## **NOTICE OF CORRECTION**

Please take notice that Appellees CLS Bank International and CLS Services Ltd. have corrected the following citations in the Corrected Brief of Plaintiff-Appellee CLS Bank International and Counterclaim-Defendant Appellee CLS Services Ltd. These corrections have been made with the consent of Appellant Alice Corporation Pty. Ltd.

    p. 3: JA335-37 changed to JA365-67

    p. 3: JA498-500 changed to JA528-30



p. 4: JA156-57 changed to JA186-87

p. 4: JA160 changed to JA190

p. 4: JA163 changed to JA193

p. 4: JA166-67 changed to JA196-97

p. 4: JA198-202 changed to JA228-32

p. 4: JA658-59 changed to JA688-89

p. 4: JA819-21 changed to JA849-51

p. 5: JA356 changed to JA386

p. 5: JA943-944 changed to JA973-74

p. 6: JA516-18 changed to JA546-48

p. 6: JA676-78 changed to JA706-08

p. 6: JA156-57 changed to JA186-87

p. 6: JA163 changed to JA193

p. 6: JA844 changed to JA874

p. 6: JA876 changed to JA906

p. 7: JA838-39 changed to JA868-69

p. 7: JA839 changed to JA869

p. 7: JA879 changed to JA909

p. 7: JA886 changed to JA916

p. 7: JA888 changed to JA918

p. 7: JA982-83 changed to JA1012-13

p. 7: JA984-85 changed to JA1014-15

p. 10: JA982-83 changed to JA1012-13

p. 10: JA984-85 changed to JA1014-15

p. 25: JA84-86 changed to JA114-16

p. 29: JA86 changed to JA116

p. 31: JA982-83 changed to JA1012-13

p. 31: JA984-85 changed to JA1014-15

p. 37: JA982-83 changed to JA1012-13

p. 38: JA984-85 changed to JA1014-15

p. 40: JA356 changed to JA386

p. 42: JA156-57 changed to JA186-87

p. 42: JA163 changed to JA193

p. 42: JA166-67 changed to JA196-97

p. 42: JA838 changed to JA868

p. 46: JA912 changed to JA942

p. 48: JA156-57 changed to JA186-87

p. 48: JA166 changed to JA196

p. 48: JA985-986 changed to JA1015-16

p. 48: JA163-164 changed to JA193-94

p. 48: JA167 changed to JA197

p. 50: JA931 changed to JA961

p. 56: JA167 changed to JA197

Dated: September 8, 2011

Respectfully submitted,

/s/ *signature*

William A. Tanenbaum
Steven J. Glassman
Stephen J. Elliott
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598
(212) 836-8000

David O. Bickart
KAYE SCHOLER LLP
901 Fifteenth Street, N.W.
Washington, DC 20005-2327
(202) 682-3503

*Attorneys for Appellees,*
*CLS Bank International and*
*CLS Services Ltd.*

## CERTIFICATE OF SERVICE

I, Steven J. Glassman, counsel for Appellees and a member of the Bar of this Court, certify that, on September 8, 2011, two copies of the attached Notice of Correction were sent via Federal Express for next day delivery to the following counsel:

>Bruce R. Genderson, Esq.
>Adam L. Perlman, Esq.
>Ryan T. Scarborough, Esq.
>Stanley E. Fisher, Esq.
>David M. Krinsky, Esq.
>WILLIAMS & CONNOLLY LLP
>725 Twelfth Street, N.W.
>Washington, D.C. 20005

I further certify that all parties required to be served have been served.

September 8, 2011

_____
Steven J. Glassman
*Attorney for Appellees,*
*CLS Bank International and*
*CLS Services Ltd*