NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2011-1301

CLS BANK INTERNATIONAL,

Plaintiff-Appellee,

and

CLS SERVICES LTD.,

Counterclaim-Defendant Appellee,

v.

ALICE CORPORATION PTY. LTD.,

Defendant-Appellant.

Appeal from the United States District Court for the District of Columbia in case no. 07-CV-0974, Judge Rosemary M. Collyer.

ON MOTION

Before LINN, PROST, and O'MALLEY, <u>Circuit Judges</u>.

<u>O R D E R</u>

Electronic Frontier Foundation and Public Knowledge move for leave to file a brief as amici curiae in support of rehearing en banc.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.   The brief is accepted for filing.

FOR THE COURT

*Jan Horbaly* /zs

September 10, 2012
Date

Jan Horbaly
Clerk

cc:  Mark A. Perry, Esq.
David M. Krinsky, Esq.
John D. Vandenberg, Esq.
Julie P. Samuels, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 0 2012

JAN HORBALY
CLERK