Form 9

**FORM 9. Certificate of Interest**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CLS Bank International and CLS Services Ltd. v. Alice Corporation Pty. Ltd.

No. 2011-1301

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Electronic Frontier Foundation certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Electronic Frontier Foundation

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Julie P. Samuels

9/5/12
Date

Signature of counsel

Julie P. Samuels
Printed name of counsel

Please Note: All questions must be answered

cc: _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 06 2012

JAN HORBALY
CLERK

RECEIVED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP - 6 2012

JAN HORBALY
CLERK