# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2011-1301 - CLS BANK V ALICE CORPORATION

Brief of Professor Lee Hollaar and Peter K. Trzyna as Amicus Curiae in Support of Neither Party

## ORDER

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time.

The rejected version will be held in the Clerk's Office until corrections are made to the existing brief, a new corrected brief is received, or when other procedural deficiencies are corrected. A corrected version must be filed within 14 days from the date of this order or there could be adverse consequences. **Please read this letter carefully as some of the items may not apply to your appeal.**

- If the submission is rejected due to the principal attorney not filing an **Entry of Appearance and/or Docketing Statement**, you do not need to comply with the below mentioned items. Promptly submit the required form(s) [blank form(s) attached]. Once the entry of appearance and/or docketing statement is received, your brief will be accepted for filing.

- If the submission is rejected for being **out of time**, you do not need to comply with the below mentioned items. Leave of court, normally requested by motion, to file the submission out of time is required.

A copy of the rejected brief/appendix is enclosed if items 1-9 apply. The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections:</u>

1. Counsel may elect to make corrections to the rejected version held in the Clerk's Office, or file a new, corrected brief.

2. To make corrections to the copies held in the Clerk's Office, an appointment is required. Corrections must only be made by counsel of record or by designee. Briefs cannot leave the Clerk's Office. (See Practice Note 32)

3. Inserts cannot extend beyond the original pages and cannot be left loose in the brief.

4. The corrected brief must have the word "CORRECTED" on the cover.

5. The corrected version must be served on all counsel.

6. The corrected version must be accompanied by a new proof of service.

7. The rejected version will be discarded when the corrected version is received.

8. The deficiencies cited in this order must be the only changes made to the brief or appendix.

9. Calculation for the next filing starts from the mail service date of the original version, not the corrected version.

If you wish to speak to a deputy clerk about this letter, please call (202) 275-8034 between 2:00 and 4:00 p.m. Please consult the Rules of Practice before you call and have them at hand.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

12/03/12

cc: David M. Krinsky
Mark A. Perry
J. Vandenberg, J. Samuels, D. Joseffer

# United States Court of Appeals for the Federal Circuit

**2011-1301 - CLS BANK V ALICE CORPORATION**

The Brief of Professor Lee Hollaar and Peter K. Trzyna as Amicus Curiae in Support of Neither Party has been rejected for the following reasons:

- The brief does not contain a certificate of interest. Fed. Cir. R. 47.4(b); Fed. Cir. R. 28(a)(1)

- The amicus brief does not contain a statement regarding authorship and/or funding. Fed. R. App. P. 29(c)(5)

- All counsel whose names appear on the cover of the brief must submit an entry of appearance and must be admitted to practice before this court. Fed. Cir. R. 46; Fed. Cir. R. 47.3(a)